MOHAMMAD SHARJIL RAHMAN

26-0515

FILED

OCT - 6 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

American Express Company
Attn: Bankruptcy Department
P.O. Box 981540
El Paso, TX 79998-1540

Aspire Credit Card / Concora Credit
Attn: Bankruptcy Department
P.O. Box 4477
Beaverton, OR 97076-4477

Burlington Credit Card / Comenity Capital Bank
Attn: Bankruptcy Department
P.O. Box 183043
Columbus, OH 43218-3043

Capital One
Attn: Bankruptcy Department
P.O. Box 30281
Salt Lake City, UT 84130-0281

Capital One
Attn: Bankruptcy Department
P.O. Box 30281
Salt Lake City, UT 84130-0281

Carla F. Ward, PLLC
701 West Broad St., Suite 307
Falls Church, VA 22046

The CBE Group, Inc.
Attn: Bankruptcy Department
P.O. Box 2040
Waterloo, IA 50704-2040

MOHAMMAD SHARJIL RAHMAN

Coast Professional, Inc.
Attn: Bankruptcy Department
P.O. Box 246
Geneseo, NY 14454-0246

ConServe, Inc.
Attn: Bankruptcy Department
P.O. Box 7
Fairport, NY 14450-0007

Credit One Bank
Attn: Bankruptcy Department
P.O. Box 98873
Las Vegas, NV 89193-8873

Destiny Mastercard / Concora Credit
Attn: Bankruptcy Department
P.O. Box 4477
Beaverton, OR 97076-4477

Fairfax County Department of Tax Administration
Attn: Bankruptcy / Personal Property Tax Division
12000 Government Center Parkway, Suite 223
Fairfax, VA 22035

IC System, Inc.
Attn: Bankruptcy Department
P.O. Box 64319
St. Paul, MN 55164-0319

Jefferson Capital Systems, LLC
Attn: Bankruptcy Department
200 14th Avenue E
Sartell, MN 56377

MOHAMMAD SHARJIL RAHMAN

Legacy Visa / First National Credit Card
Attn: Bankruptcy Department
P.O. Box 5097
Sioux Falls, SD 57117-5097

LVNV Funding LLC
Attn: Bankruptcy Department
P.O. Box 10497
Greenville, SC 29603

Nathaniel Baldwin, Esq.
The Baldwin Law Firm, LLC
2915 Hunter Mill Road, Suite 18
Oakton, VA 22124

Pioneer Credit Recovery, Inc.
Attn: Bankruptcy Department
P.O. Box 189
Arcade, NY 14009-0189

Tara Talley Steinnerd, Esq.
Steinnerd Law
12210 Fairfax Towne Center, Suite 906
Fairfax, VA 22033

T-Mobile USA, Inc.
Attn: Bankruptcy Department
P.O. Box 53410
Bellevue, WA 98015-3410

Transworld Systems Inc.
Attn: Bankruptcy Department
500 Virginia Drive, Suite 514
Fort Washington, PA 19034

U.S. Department of the Treasury

MOHAMMAD SHARJIL RAHMAN

Bureau of the Fiscal Service / TOP
P.O. Box 830794
Birmingham, AL 35283-0794

U.S. Small Business Administration
Attn: Office of Disaster Assistance / Bankruptcy
409 3rd Street SW
Washington, DC 20416

Verizon Wireless
Attn: Bankruptcy Department
500 Technology Drive, Suite 500
Weldon Spring, MO 63304

Virginia Department of Taxation
Attn: Bankruptcy Unit
P.O. Box 2156
Richmond, VA 23218-2156