**Local Official Form 101**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Mohammad Sharjil Rahman ,**<br>**Debtor(s).** | **Case No. 26-515**<br><br>**Chapt** |

**<u>COVERSHEET FOR AMENDING CREDITORS OR CREDITOR INFORMATION</u>**

This notice is being filed in accordance with Local Rules 1009-1(b) and/or 1019-1(a) upon the filing of an amendment to the debtor's lists, schedules, or statements, pursuant to Bankruptcy Rules 1009 and/or 1019, which adds, deletes, or modifies a creditor.

I hereby certify that:

☒ The paper filed **<u>adds</u>** creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being added). I have:

1. remitted the required fee;
2. provided the Court with a supplemental List of Creditors **of only the added creditors** in the format specified by the Clerk, or electronically uploaded the added creditors in NextGen CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the documents required by Local Rule 1009-1(b)(1)-(6) and filed a certificate of service with the Court; and/or
4. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐ The paper filed **<u>removes</u>** a creditor(s) as reflected on the attached list (include name and address of each creditor being removed). I have:

1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service with the Court; and
3. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐ The paper filed **<u>changes</u>** the address of a creditor(s) or an attorney for a creditor listed on the schedules, and/or adds the name and address of an attorney for a creditor listed on the schedules as reflected on the <u>attached list.</u> I have:

1. provided notice to affected parties, including service of a copy of this notice and a copy of the documents required by Local Rule 1009-1(b)(1)-(6) and filed a certificate of service with the Court; and
2. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a) or other paper.

**Local Official Form 101**

☐ The paper filed **amends** schedule D or E/F amount(s) or classification(s). I have:

1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service with the Court; and
3. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐ None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ **does** or ☐ **does not** require the filing of an amended schedule and summary of schedules as required by Local Rule 1009-1(a).

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors, if applicable) or Bankruptcy Form 202, "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1009-1(a).

Dated 10/28/2026

Respectfully submitted,

_/s/ Daniel M. Press____________________

Daniel M. Press Bar #419739
Law Offices of Daniel M Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us

**Local Official Form 101**

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of October, 2026, I caused the Coversheet for Amending Creditors or Creditor Information, and a copy of the documents required by Local Rule 1009-1(b)(1)-(6):

(1) the Amendment and Official Local Form 101;
(2) the original notice of the meeting of creditors;
(3) n/a
(4) n/a
(5) n/a
(6) n/a

to be served on the added creditors (and all creditors) per the attached matrix.

_/s/Daniel M. Press_
Daniel M. Press

**Local Official Form 101**

Coast Professional Inc.
PO Box 2899
West Monroe, LA 71294

Comenity Capital
PO Box 182125
Columbus, OH 43218

Concora Credit Inc.
PO Box 4477
Beaverton, OR 97076

DC Office of Tax and Revenue
1101 4th St SW #270
Washington, DC 20024

First National Bank of Omaha
1620 Dodge St
Stop Code 3129
Omaha, NE 68197

Harun Ur Rashid
1509 Crestline Rd
Silver Spring, MD 20904

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud, MN 56302

**Local Official Form 101**

Mudassar Awan
14177 Autumn Cir
Centreville, VA 20121

Office of the U.S. Attorney
555 4th St NW
Washington, DC 20001

Pioneer Credit Recovery Inc.
26 Edward St
Arcade, NY 14009

Planet Depos
1100 Connecticut Ave NW
Ste 950
Washington, DC 20036

Planet Depos
451 Hungerford Dr
Ste 400
Rockville, MD 20850

Saiful Islam
6800 Backlick Rd Ste 200
Springfield, VA 22150

Sharmin Rahman
13/6 Solimuullah Rd
Mohammad pur
Dhaka 1207 Bangladesh,

T Mobile
P.O. Box 53410
Bellevue, WA 98015

U.S. Small Business Administration
2 North 20th St Ste 320
Birmingham, AL 35203

VA Department of Social Serv
Division of Child Suppt Enf.
PO Box 71900
Henrico, VA 23255