The order below is hereby signed.

Signed: November 5 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** **Mohammad Sharjil Rahman,** **Debtor.** | **Case No. 26-00515-ELG** **Chapter 7** |

## ORDER DENYING APPLICATION

Before the Court is the *Application to Have the Chapter 7 Filing Fee Waived* (ECF No. 6) (the "Application") filed by Mohammad Sharjil Rahman (the "Debtor") pursuant to 28 U.S.C. § 1930(f). Upon a review of the Application and the docket in this case, the Court finds that:

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2). Although the Application reflects otherwise, the Debtor's *Schedule I* (ECF No. 15) reflects that the Debtor's income exceeds 150 percent of the U.S. Federal Poverty Guidelines maintained by the Department of Health and Human Services for a household size of five (5). Further, the *Disclosure of Compensation of Attorney for Debtor* (ECF No. 19) filed by the Debtor's bankruptcy attorney reflects that the Debtor paid $1,500 for services to be rendered in this case, so it appears that the Debtor is able to pay the filing fee of $338 in installments. Therefore, in consideration of the totality of the circumstances, the Debtor does not meet the statutory requirements for waiver of the chapter 7 filing fee and the

Court will deny the Application. The Court authorizes the Debtor to pay the filing fee in installments as set forth below.

Therefore, it is **ADJUDGED, ORDERED,** and **DECREED** that:

1) The Application (ECF No. 6) is **DENIED**.

2) The Debtor shall pay the filing fee in installments as follows:

   i. On or before November 18, 2026, the Debtor shall pay $113.00 to the Clerk of this Court.

   ii. On or before December 18, 2026, the Debtor shall pay $113.00 to the Clerk of this Court.

   iii. On or before January 19, 2027, the Debtor shall pay $112.00 to the Clerk of this Court.

3) The Debtor may pre-pay the entirety of the outstanding filing fee at any time.

4) Failure to pay the fee or make timely installment payments may lead to dismissal of this case.

[Signed and dated above.]

Copies to: Debtor; the Chapter 7 Trustee; and recipients of e-notification of orders.

**ATTENTION DEBTORS: Electronic payments via debit card, bank account (ACH), or PayPal can be made at: www.dcb.uscourts.gov/paygov-online-payments**